UNITED STATES DISTRICT COURT  MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - TUCSON

DATE: 4/9/2012          CASE NUMBER:  CR 11-02729-TUC-DCB(JJM)

United States of America vs:

| Defendant | Attorney | Status | Interp | Presence |
|---|---|---|---|---|
| Marcos Antonio Cruz (01) | Atty Rick Jones, CJA | ☒ RELEASED | INTERP | PRESENT |
| Sandra Yvette Mendivil Redondo (04) | Atty Charles Weninger, Ret'd | ☒ RELEASED | N/A | PRESENT |
| Manuel Redondo-Gortari (05) | Atty Francisco Leon, CJA | ☒ RELEASED | N/A | NOT PRESENT |
| Julio Cesar Chiquete (06) | Atty Robert Murray, CJA | ☒ CUSTODY | INTERP | PRESENT |
| Angel Alberto Rodriguez (07) | Atty Joe Machado, CJA | ☒ RELEASED | INTERP | NOT PRESENT |
| Martin Servando Cruz (08) | Atty Jill Thorpe, CJA | ☒ RELEASED | N/A | PRESENT |
| Sandra Cruz Noriega (09) / 2 | Atty David Basham, CJA | ☒ CUSTODY | N/A | PRESENT |

U.S. MAGISTRATE JUDGE: JACQUELINE J. MARSHALL   Judge #: 70BN

U.S. Attorney  David P. Flannigan / Robert Fellrath

STATUS CONFERENCE RE: Case Management Issues

Defense attorneys Francisco Leon and Joe Machado waive their client's presence for this hearing only. Julio Cesar Chiquete needs the services of a Spanish Interpreter. Add Interpreter designation. Defense attorney Francisco Leon states he will be filing a Motion to Continue Trial for ninety (90) days with the District Court. Government and co defendants state they have no objection to the continuance.

Government anticipates no additional discovery with the exception of the confidential informant. Government avows discovery regarding the confidential informant will be disclosed 10 days before trial. Government's witness and exhibit lists will be available at that time.

COURT will set a Defense Motion Deadline sixty (60) days prior to new trial date. Motion Hearing Date will be set forty-five (45) days prior to trial. Any Motions in Limine regarding the confidential informant will be filed before District Judge Bury.

Defense attorney Murray raises the issue of a problem he is having regarding the high amount of redaction of government's discovery. Court states that any discovery disputes, the parties shall first try and work them out and if they are unable to work them out, then file a Motion. A hearing will be set if necessary.

Defense attorney Basham states he is asking for the government to extend another plea offer that fairly reflects resolution of this case regarding his client. **COURT ORDERS** a Settlement Conference be set as to defendant Sandra Cruz Noriega for **APRIL 18, 2012 AT 2:00 PM.**

Recorded by Courtsmart
BY:  Peggie Robb
Deputy Clerk

Status Hearing 30 min